UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60493-CIV-SMITH

ZUBIC DRAGO, *on behalf of himself
and all others similarly situated,*

    Plaintiff,

v.

MANDARICH LAW GROUP LLP,

    Defendant.
_____/

## ORDER CONSOLIDATING CASES

This matter is before the Court *sua sponte*. In a related matter styled *Zubic Drago v. LVNV Funding, LLC*, Case No. 21-61716-CIV-SMITH (S.D. Fla.), the Defendant LVNV Funding, LLC filed an Unopposed Motion to Consolidate, requesting that the Court consolidate the above-captioned case with its own. Upon consideration, it appears that judicial economy will be best served by consolidating this matter with *Zubic Drago v. LVNV Funding, LLC*, Case No. 21-61716-CIV-SMITH. Thus, it is

    **ORDERED** that:

1. The Clerk of the Court is directed to **CONSOLIDATE** the above-captioned matter with the case *Zubic Drago v. LVNV Funding, LLC*, Case No. 21-61716-CIV-SMITH (S.D. Fla.). All subsequent filings shall be in that numbered case only and bear Case No. 21-61716-CIV-SMITH

2. This case is administratively closed.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 29th day of April, 2022.

                                                                                                                        **RODNEY SMITH**
                                                                                                        **UNITED STATES DISTRICT JUDGE**

cc:    Counsel of record